United States Bankruptcy Court

Northern District of Texas

| In re: | | Case No. 26-30438-mvl |
|---|---|---|
| Patricia Ann Stokes | | Chapter 7 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: 318 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Ann Stokes, 2521 Garrett Court, Cedar Hill, TX 75104-1011 |
| aty | + | Sherman & Yaquinto, LLP, 509 N. Montclair Ave., Dallas, TX 75208-5450 |
| 23147139 | + | April Holloway, Copiah Tax Collector, PO Box 705, Hazlehurst, MS 39083-0705 |
| 23147140 | + | Auto Club County Mutual Insurance Co, 1225 Freeport Pkwy, Coppell, TX 75019-4413 |
| 23147141 | + | Fort Worth Community CU, Po Box 210848, Bedford, TX 76095-7848 |
| 23147142 | + | Fort Worth Community CU, Attn: Bankruptcy, 1905 Forest Ridge Drive, Bedford, TX 76021-5724 |
| 23147150 | + | Prop Owner Assoc. of Lake Ridge, P.O. Box 803555, Dallas, TX 75380-3555 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRYAQUINTO.COM | May 08 2026 02:16:00 | Robert Yaquinto, Jr., 509 N. Montclair, Dallas, TX 75208-5450 |
| 23311860 | + | EDI: PHINAMERI.COM | May 08 2026 02:16:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 23147138 | + | Email/PDF: bncnotices@becket-lee.com | May 07 2026 22:37:51 | AMEX, P.O. Box 981535, El Paso, TX 79998-1535 |
| 23147143 | + | EDI: PHINAMERI.COM | May 08 2026 02:16:00 | GM Financial, 801 Cherry Street Suite 3600, Fort Worth, TX 76102-6855 |
| 23147146 | | EDI: IRS.COM | May 08 2026 02:16:00 | INTERNAL REVENUE SERVICES, 1919 SMITH STREET, Houston, TX 77002 |
| 23147147 | | Email/Text: EBN@Mohela.com | May 07 2026 22:36:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 23314195 | | EDI: AIS.COM | May 08 2026 02:16:00 | Methodist Health System, by AIS InfoSource, LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 23147148 | + | EDI: NTXTOLWAY | May 08 2026 02:16:00 | NTTA, P.O. Box 260928, Plano, TX 75026-0928 |
| 23147149 | | EDI: LCIPHHMRGT | May 08 2026 02:16:00 | PHH Mortgage, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 23147151 | ^ | MEBN | May 07 2026 22:30:53 | Service Finance Company, Attn: Bankruptcy, P.O. Box 2935, Gainesville, GA 30503-2935 |
| 23147153 | + | EDI: SYNC | May 08 2026 02:16:00 | Synchrony Bank/PayPal Credit, Attn: Bankruptcy, PO Box 71707, Philadelphia, PA 19176-1707 |
| 23147154 | + | EDI: SYNC | May 08 2026 02:16:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 23147155 | + | Email/Text: txtcoll@texastrustcu.org | May 07 2026 22:37:00 | Texas Trust Credit Union, Attn: Bankruptcy, PO Box 2260, Mansfield, TX 76063-0047 |
| 23147157 | ^ | MEBN | May 07 2026 22:29:59 | UNITED STATES ATTORNEY GENERAL, 950 |

District/off: 0539-3                                         User: admin                                              Page 2 of 2

Date Rcvd: May 07, 2026                              Form ID: 318                                       Total Noticed: 23

|  |  |  | PENNSYLVANIE AVENUE, N.W., Washington, DC 20530-0009 |
|---|---|---|---|
| 23147158 | + Email/Text: usatxs.bankruptcy@usdoj.gov |  |  |
|  |  | May 07 2026 22:35:00 | UNITED STATES ATTORNEY'S OFFICE, CIVIL PROCESS CLERK, 1000 LOUISIANA, SUITE 2300, Houston, TX 77002-5010 |
| 23147156 | + Email/Text: EBankruptcy@UCFS.NET |  |  |
|  |  | May 07 2026 22:37:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23147152 |  | Synchrony Bank/Gap, FL 32896, Attn: Bankruptcy, Orlando,, Po Box 965060 |
| aty | *+ | Robert Yaquinto, Jr., 509 N. Montclair, Dallas, TX 75208-5450 |
| 23147144 | * | Internal Revenuce Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 23147145 | * | Internal Revenue Services, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel J. Ciment | on behalf of Debtor Patricia Ann Stokes Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKecf@Gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Robert Yaquinto, Jr. | on behalf of Trustee Robert Yaquinto  Jr. ryaquinto@syllp.com, ryaquinto@ecf.axosfs.com |
| Robert Yaquinto, Jr. | ryaquinto@syllp.com  ryaquinto@ecf.axosfs.com |
| Sherman & Yaquinto, LLP | on behalf of Trustee Robert Yaquinto  Jr. |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patricia Ann Stokes | Social Security number or ITIN   xxx–xx–0747 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Texas

Case number:   26–30438–mvl7

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia Ann Stokes
aka Patricia Stokes

5/6/26

**By the court:**   Michelle V. Larson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                **Order of Discharge**                page 2