Robert Yaquinto, Jr. (State Bar No. 22115750)
Nicholas K. Gurguis (State Bar No. 24106036)
Sherman & Yaquinto, L.L.P.
509 N. Montclair Avenue
Dallas, Texas 75208
Phone: (214) 942-5502 ‖ Fax: (214) 946-7601
ATTORNEYS FOR CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Patricia Ann Stokes, | § | Case No. 26-30438-MVL7 |
| | § | |
| Debtor. | § | |
| | § | |

## CERTIFICATE OF NO OBJECTION TO
## TRUSTEE'S APPLICATION TO EMPLOY REALTOR

Robert Yaquinto, Jr., Trustee, does hereby certify that the *Trustee's Application to Employ*

*Realtor* [ECF No. 21] was filed on June 18, 2026.  The objection period has passed and no

objections or responses have been received by the Trustee as of July 14, 2026.

　　　　　　　　　　　　　　　 /s/ Robert Yaquinto, Jr.
　　　　　　　　　　　　　　 Robert Yaquinto, Jr. (State Bar No. 22115750)
　　　　　　　　　　　　　　 Nicholas K. Gurguis (State Bar No. 24106036)
　　　　　　　　　　　　　　 SHERMAN & YAQUINTO, L.L.P.
　　　　　　　　　　　　　　 509 N. Montclair Avenue
　　　　　　　　　　　　　　 Dallas, TX 75208-5498
　　　　　　　　　　　　　　 Phone: 214/942-5502 ‖ Fax: 214/946-7601
　　　　　　　　　　　　　　 ATTORNEYS FOR CHAPTER 7 TRUSTEE