

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

_____

**Signed July 16, 2026**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Patricia Ann Stokes, | § | Case No. 26-30438-MVL7 |
| | § | |
| Debtor. | § | |

### ORDER AUTHORIZING EMPLOYMENT OF REALTOR

After reviewing the *Trustee's Application to Employ Realtor* [ECF No. 21] (the "Application") filed by Robert Yaquinto, Jr., the chapter 7 trustee in the above-styled and numbered case (the "Trustee"), seeking authority to employ realtor Tronnie Lacy and the real estate firm of Maselle & Associates, Realtors for professional services under a listing agreement, and it appearing that the professional is qualified to provide professional services to sell real estate and does not represent any interest adverse to the estate.  It is, therefore,

**ORDERED** that the Application is approved; It is further

**ORDERED** that the Trustee is authorized to employ Tronnie Lacy and the real estate

firm of Maselle & Associates, Realtors as realtor to provide real estate services in this case to list and sell the real property located at 3007 Shelby Road, Hermanville, Claiborne County, Mississippi 39086 (the "Property") pursuant to the terms set forth in the Exclusive Right to Sell Agreement attached to Exhibit A to the Application (the "Listing Agreement"); It is further

**ORDERED** that the Trustee is authorized execute, deliver, and perform his obligations under the Listing Agreement; It is further

**ORDERED** that the Trustee is authorized to pay Tronnie Lacy and the real estate firm of Maselle & Associates, Realtors compensation of six percent (6%) of the gross sale price, as described in the Application, to be paid at the closing of the sale of the Property pursuant to this Court's order authorizing the sale of the Property; It is further

**ORDERED** that the Trustee is authorized to pay or reimburse Tronnie Lacy and the real estate firm of Maselle & Associates, Realtors for expenses incurred or advanced in connection with the listing.

# # # END OF ORDER # # #

SUBMITTED BY:

Robert Yaquinto, Jr.
State Bar No. 22115750
Nicholas Gurguis
State Bar No. 24106036
Sherman & Yaquinto, LLP
509 N. Montclair Avenue
Dallas, Texas 75208
(214) 942-5502
ATTORNEY FOR TRUSTEE