United States Bankruptcy Court

Northern District of Texas

In re:                                                              Case No. 26-30438-mvl

Patricia Ann Stokes                                                 Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3                    User: admin                      Page 1 of 2

Date Rcvd: Jul 16, 2026                 Form ID: pdf012                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID**    **Recipient Name and Address**
r    + Tronnie Lacy, Maselle & Associates, Inc., 224 Key Drive, Madison, MS 39110-7361

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

**Name**    **Email Address**

Amy Beth Clark-Downing
    on behalf of Plaintiff Patricia Ann Stokes cpfiling@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Daniel J. Ciment
    on behalf of Debtor Patricia Ann Stokes Daniel@CimentLawFirm.com
    CaseStatus@cimentlawfirm.com;CimentBKecf@Gmail.com;CimentLawFirmPLLC@jubileebk.net

Mark Stromberg
    on behalf of Defendant Navient Education Loan Corp. mark@strombergstock.com
    deanna@strombergstock.com;elise@strombergstock.com

Robert Yaquinto, Jr.
    on behalf of Trustee Robert Yaquinto  Jr. ryaquinto@syllp.com, ryaquinto@ecf.axosfs.com

Robert Yaquinto, Jr.
    ryaquinto@syllp.com  ryaquinto@ecf.axosfs.com

Sherman & Yaquinto, LLP

District/off: 0539-3                          User: admin                              Page 2 of 2
Date Rcvd: Jul 16, 2026                       Form ID: pdf012                          Total Noticed: 1

on behalf of Trustee Robert Yaquinto  Jr.

United States Trustee

ustpregion06.da.ecf@usdoj.gov

TOTAL: 7



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 16, 2026**

_____
**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Patricia Ann Stokes, | § | Case No. 26-30438-MVL7 |
| | § | |
| Debtor. | § | |

### ORDER AUTHORIZING EMPLOYMENT OF REALTOR

After reviewing the *Trustee's Application to Employ Realtor* [ECF No. 21] (the "Application") filed by Robert Yaquinto, Jr., the chapter 7 trustee in the above-styled and numbered case (the "Trustee"), seeking authority to employ realtor Tronnie Lacy and the real estate firm of Maselle & Associates, Realtors for professional services under a listing agreement, and it appearing that the professional is qualified to provide professional services to sell real estate and does not represent any interest adverse to the estate. It is, therefore,

**ORDERED** that the Application is approved; It is further

**ORDERED** that the Trustee is authorized to employ Tronnie Lacy and the real estate

firm of Maselle & Associates, Realtors as realtor to provide real estate services in this case to list and sell the real property located at 3007 Shelby Road, Hermanville, Claiborne County, Mississippi 39086 (the "Property") pursuant to the terms set forth in the Exclusive Right to Sell Agreement attached to Exhibit A to the Application (the "Listing Agreement"); It is further

**ORDERED** that the Trustee is authorized execute, deliver, and perform his obligations under the Listing Agreement; It is further

**ORDERED** that the Trustee is authorized to pay Tronnie Lacy and the real estate firm of Maselle & Associates, Realtors compensation of six percent (6%) of the gross sale price, as described in the Application, to be paid at the closing of the sale of the Property pursuant to this Court's order authorizing the sale of the Property; It is further

**ORDERED** that the Trustee is authorized to pay or reimburse Tronnie Lacy and the real estate firm of Maselle & Associates, Realtors for expenses incurred or advanced in connection with the listing.

# # # END OF ORDER # # #

SUBMITTED BY:

Robert Yaquinto, Jr.
State Bar No. 22115750
Nicholas Gurguis
State Bar No. 24106036
Sherman & Yaquinto, LLP
509 N. Montclair Avenue
Dallas, Texas 75208
(214) 942-5502
ATTORNEY FOR TRUSTEE