**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 26-30438   MVL | |
| Case Name: | PATRICIA ANN STOKES | |
| For Period Ending: | 06/30/2026 | |

| | |
|---|---|
| Judge: | MICHELLE V. LARSON |

| | |
|---|---|
| Trustee Name: | Robert Yaquinto Jr., Trustee |
| Date Filed (f) or Converted (c): | 01/31/2026 (f) |
| 341(a) Meeting Date: | 03/03/2026 |
| Claims Bar Date: | 06/30/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3007 SHELBY RD HERMANVILLE, MS 39086 CLAIBORNE<br><br>* IRS LIEN $77,413.00<br>* COUNTY CLERK TAX LIEN $448.39<br>* PROPERTY OWNER ASSOCIATION LIEN $315.00 | 25,370.00 | 0.00 | | 0.00 | 25,370.00 |
| 2. HILL, TEXAS 75104 2521 GARRETT COURT CEDAR HILL, TX 75104 DALLAS | 766,548.00 | 52,806.39 | | 0.00 | FA |
| 3. 2020 FORD F150 MILEAGE: 65842 SOURCE OF VALUE: JD POWER | 27,220.50 | 0.00 | | 0.00 | FA |
| 4. 2 SOFAS - $200.00, 2 LOVE SEAT - $150.00, 1 COFFEE TABLE - $60.00, 2 END TABLES - $125.00, 6 LAMPS - $90.00, 5 RUGS - $150.00, 1 KITCHEN TABLE W/CHAIRS - $200.00, 1 DINING ROOM TABLE W/CHAIRS - $200.00, FLATWARE - $5.00, POTS & PANS - $5.00, DISHES & GLASS | 3,595.00 | 0.00 | | 0.00 | FA |
| 5. 4 TELEVISIONS - $600.00, 2 COMPUTERS - $200.00, 1 PRINTER - $50.00, 1 CELL PHONE - $100.00 | 950.00 | 0.00 | | 0.00 | FA |
| 6. 1 PISTOL - $500.00, 1 BOX OF AMMUNITION - $50.00 | 550.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING & SHOES | 600.00 | 0.00 | | 0.00 | FA |
| 8. EVERYDAY JEWELRY - $200.00 1 WEDDING RING - $100.00, 2 WATCHES - $200.00 | 500.00 | 0.00 | | 0.00 | FA |
| 9. FORTH WORTH COMMUNITY CREDIT UNION ACCOUNT NUMBER: X450 | 3.28 | 3.28 | | 0.00 | FA |
| 10. REGIONS BANK ACCOUNT NUMBER: X2654 | 2,200.00 | 0.00 | | 0.00 | FA |
| 11. REGIONS BANK ACCOUNT NUMBER: X7541 | 1,087.92 | 1,087.92 | | 0.00 | 1,087.92 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $828,624.70          $53,897.59                    $0.00          $26,457.92

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

07/2026 - S&Y EMPLOYED. APPLICATION TO EMPLOY REALTOR FILED. WILL LIST PROPERTY IN HERMANVILLE, MS FOR SALE.  CLAIMS TO BE REVIEWED AND OBJECTIONS FILED, IF NECESSARY.

Initial Projected Date of Final Report (TFR): 03/01/2027          Current Projected Date of Final Report (TFR): 03/01/2027