IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| | | Chapter: 7 |
| | | Case Number: 26-30438-MVL |
| In re: | ) | Assigned to the Honorable: |
| | ) | |
| Patricia Stokes | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| Debtor(s) | ) | [NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

UNITED CONSUMER FINANCIAL SVCS
Merchant Name:TAX/DEBT CC

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that UNITED CONSUMER FINANCIAL SVCS be given and served with all notices given or required to be given in the case as follows:

UNITED CONSUMER FINANCIAL SVCS
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712
bnc@bass-associates.com

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 08/21/26
Account Number: ****3826

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass (AZ 016849)
Attorneys for Creditor
UNITED CONSUMER FINANCIAL SVCS
3936 E Ft Lowell Rd Suite 200
Tucson, AZ 85712-1083

(520) 577-1544

bnc@bass-associates.com